

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2015

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/15

Re: <u>United States</u> v. <u>Zachary Zwerko,</u>
S1 14 Cr. 715 (AKH)

Dear Judge Hellerstein:

    The parties in the above-captioned matter were scheduled to appear before the Court on January 27, 2015, for a status conference in this matter. The Government has produced discovery in this matter, and the status conference was set so that the parties could set a motion schedule, if appropriate. However, the courthouse was closed on January 27, due to a snowstorm. Accordingly, the Government requests that the Court schedule an alternative date for a status conference in this case, during the week of February 2, 2015. In addition, the Government requests an exclusion of time under the Speedy Trial Act, from today until the date of the next conference. The requested exclusion of time is in the interests of justice pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), because it will allow the defendant to continue reviewing discovery and to consider whether to file any motions in the case.

*[Handwritten: The conf. is adjourned, and time is excluded, to Feb. 9, 2015, at 11:00 a.m.   /s/ AKH 1-28-15]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jessica A. Masella / Edward Y. Kim
Assistant United States Attorneys
(212) 637-2288 / 2401

Encl.

Cc: Jeffrey Denner, Esq.