# JEFFREY DENNER ASSOCIATES, P.C.

**COUNSELLORS AT LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/16

January 4, 2016



*The date for the def't to report to BOP & facility designated by April 5, adjourned to 2016, 2:00 pm*

*1-5-16*

*A/K/Hell*

**Via Facsimile (212) 805-7942**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **United States of America v. Zachary Zwerko**
    **14 cr. 715 (AKH)**

Dear Judge Hellerstein:

I am writing this letter on behalf of my client, Zachary Zwerko, who is requesting that his date to report to the CAG/Louisburg PA Camp, be adjourned from January 12th, 2016 to April 1st, 2016 due to the fact that his wife is expecting to give birth to their first child in mid-March, 2016 and given that she is understandably nervous and apprehensive at this prospect, particularly doing it without the child's father present, that the Defendant/father very much would like to see his first child born, support his wife, and given the distance between Massachusetts and Pennsylvania, is not likely to see his child for many months thereafter, such an adjournment would be deeply appreciated and just.

I thank you for your consideration. I note that counsel for the Government, AUSA's Jessica Masella and Edward Kim do not object to the requested adjournment, assuming that this Honorable Court has the inherent power to grant same.

Very truly yours,

Jeffrey A. Denner

cc: Edward Kim, AUSA
    Jessica Masella, AUSA
    Gary G. Pelletier

4 Longfellow Place, 35th Floor, Boston, MA 02114    Telephone (617) 227-2800    Telefax (617) 973-1562