Zachary Zwerko
Docket Number: 14 CR 00715

4

823581 – EF. LP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/18

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

## PROBATION DEPARTMENT

### *JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]   Transfer of Jurisdiction to the District of Massachusetts **APPROVED**

[ ]   Transfer of Jurisdiction to the District of Massachusetts **DENIED**

[ ]   Other

_____

_____

_____

_____

Signature of Judicial Officer

1-16-18

Date